**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Bryan<br>First name | First name |
| | | R.<br>Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | Hepler<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4846 | |

Case 2:19-bk-06246-PS    Doc 1    Filed 05/21/19    Entered 05/21/19 15:28:59    Desc
Main Document    Page 1 of 134

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☐ I have not used any business name or EINs.

**DBA  Bryan Hepler Golf, LLC dba Tathata Golf**

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

Business name(s)

EINs

---

**5. Where you live**

**7960 Hayden Road
Apt. B201
Scottsdale, AZ 85258**
Number, Street, City, State & ZIP Code

**Maricopa**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.  How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

☐ No.    Go to line 12.

■ Yes.    Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Bryan R. Hepler**             Case number *(if known)* _____

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

---

**12. Are you a sole proprietor of any full- or part-time business?**

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**    What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

Case 2:19-bk-06246-PS    Doc 1    Filed 05/21/19    Entered 05/21/19 15:28:59    Desc
Main Document    Page 4 of 134

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Bryan R. Hepler**

**Bryan R. Hepler**
Signature of Debtor 1

_____
Signature of Debtor 2

_____
Email Address of Debtor 1

_____
Email Address of Debtor 2

Executed on   **May 21, 2019**
MM / DD / YYYY

Executed on   _____
MM / DD / YYYY

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Thomas G. Luikens** _____    Date    **May 21, 2019** _____
Signature of Attorney for Debtor                                            MM / DD / YYYY

**Thomas G. Luikens 004584** _____
Printed name

**THOMAS G. LUIKENS, P.C.** _____
Firm name

**2700 N. Third Street, Suite 2005**
**Phoenix, AZ 85004-4602** _____
Number, Street, City, State & ZIP Code

Contact phone    **602-277-4849** _____    Email address    **tom@thomasluikens.com** _____

**004584 AZ** _____
Bar number & State

Certificate Number: 15725-AZ-CC-032279463



15725-AZ-CC-032279463

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 11, 2019</u>, at <u>2:18</u> o'clock <u>PM EST</u>, <u>Bryan Hepler</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>February 11, 2019</u>          By:    <u>/s/Melissa James</u>

                                        Name:  <u>Melissa James</u>

                                        Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| Debtor 1 | **Bryan R. Hepler** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.......................................... | $ 19,914.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $ 19,914.00 |

### Part 2:   Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 15,260.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 2,610.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $ 7,756,323.04 |
| | | **Your total liabilities** $ 7,774,193.04 |

### Part 3:   Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*............................................. | $ 5,300.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*....................................................... | $ 5,216.86 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 2,610.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 2,610.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Bryan R. Hepler** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |

☐ Check if this is an
   amended filing

**Official Form 106A/B**

# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

---

1.1

**McCormick Ranch Golf Club, Inc.**
**7505 E. McCormick Ranch Golf Club**
Street address, if available, or other description

| Scottsdale | AZ | 85258-0000 |
|---|---|---|
| City | State | ZIP Code |

**Maricopa**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☑ Other    **Lease**

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenancy interest in commercial lease**

☐ Check if this is community property
   (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**

| |
|---|
| **$0.00** |

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Jeep** |
|---|---|---|
| | Model: | **Cherokee Laredo** |
| | Year: | **2014** |
| | Approximate mileage: | **66,208** |
| | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $13,944.00 | $13,944.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>

| $13,944.00 |
|---|

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Furniture, kitchenware, linens | $800.00 |
|---|---|

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| 1 TV | $100.00 |
|---|---|

| 1 computer | $600.00 |
|---|---|

| 1 laptop | $200.00 |
|---|---|

| 1 phone | $100.00 |
|---|---|

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes.  Describe.....

   | Tennis racket | $200.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes.  Describe.....

    | Man's wardrobe | $400.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes.  Describe.....

    | Man's wedding ring | $695.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................

    $3,095.00

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes...................................................................................................

    **Cash**    $75.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☑ No
    ☐ Yes.......................                        Institution name:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes.................
                   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
                   Name of entity:                                    % of ownership:

| Name of entity | % of ownership | |
|---|---|---|
| **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road, #B201**<br>**Scottsdale, AZ  85258** | **44** % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                   Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ■ No
    ☐ Yes. List each account separately.
                   Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. ....................
                   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............
                   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............
                   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ■ Yes.  Give specific information about them...

| | |
|---|---|
| **Tathata Golf trademark** | **$0.00** |

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
        benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
- ■ No
- ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here.................................................................................................................

| $75.00 |
| --- |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
- ■ No
- ☐ Yes.  Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes.  Describe.....

    | Golf clubs, golf club bag(s), golf balls | $2,000.00 |
    |---|---|

    | Promotional or professional advertising, uniform, apparel, shoes used during golf lessions, public appearances | $800.00 |
    |---|---|

41. **Inventory**
    ■ No
    ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes.  Give specific information about them...................
    Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

       ■ No
       ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...........................................................................................................

    | | $2,800.00 |
    |---|---|

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

    | | $0.00 |
    |---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55.  **Part 1: Total real estate, line 2** ................................................................................................................      **$0.00**

56.  **Part 2: Total vehicles, line 5**                                                    **$13,944.00**

57.  **Part 3: Total personal and household items, line 15**                              **$3,095.00**

58.  **Part 4: Total financial assets, line 36**                                              **$75.00**

59.  **Part 5: Total business-related property, line 45**                                **$2,800.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**                          **$0.00**

61.  **Part 7: Total other property not listed, line 54**                      +            **$0.00**

62.  **Total personal property.** Add lines 56 through 61...          **$19,914.00**      Copy personal property total      **$19,914.00**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                          **$19,914.00**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bryan R. Hepler** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2014 Jeep Cherokee Laredo 66,208 miles** <br> Line from *Schedule A/B*: **3.1** | **$13,944.00** | ☐ _____ <br> ☒ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(8)** |
| **Furniture, kitchenware, linens** <br> Line from *Schedule A/B*: **6.1** | **$800.00** | ☒ **$800.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **1 TV** <br> Line from *Schedule A/B*: **7.1** | **$100.00** | ☒ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **1 computer** <br> Line from *Schedule A/B*: **7.2** | **$600.00** | ☒ **$600.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **1 laptop** <br> Line from *Schedule A/B*: **7.3** | **$200.00** | ☒ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1 phone**<br>Line from *Schedule A/B*: **7.4** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| **Man's wardrobe**<br>Line from *Schedule A/B*: **11.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(1) |
| **Man's wedding ring**<br>Line from *Schedule A/B*: **12.1** | $695.00 | ■ $695.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(4) |
| **Golf clubs, golf club bag(s), golf balls**<br>Line from *Schedule A/B*: **40.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1130(1) |
| **Promotional or professional advertising, uniform, apparel, shoes used during golf lessions, public appearances**<br>Line from *Schedule A/B*: **40.2** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1130(1) |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bryan R. Hepler** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

  ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

  ■ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | **Desert Schools Federal Credit Union** | | $15,260.00 | $13,944.00 | $1,316.00 |
|---|---|---|---|---|---|

Creditor's Name

**8220 N. Via Paseo Del Norte**
**Scottsdale, AZ 85258**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2014 Jeep Cherokee Laredo 66,208 miles**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Last 4 digits of account number   **2100**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $15,260.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $15,260.00 |

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Bryan R. Hepler** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|
| 2.1 | **Abbie Mia Merrick** | Last 4 digits of account number _____ | | $2,610.00 | $2,610.00 | $0.00 |
| | Priority Creditor's Name | | | | | |
| | **9450 E. Becker Lane, Unit 1035A** | When was the debt incurred? 2/1/2019 | | | | |
| | **Scottsdale, AZ 85258** | | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | | |

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

■ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

                                  **Past due spousal support**

| 2.2 | **Arizona Department of Revenue** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Bankruptcy & Litigation
1600 W. Monroe, 7th Floor
Phoenix, AZ 85007-2650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Form 140**

---

| 2.3 | **Arizona Department of Revenue** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Bankruptcy & Litigation
1600 W. Monroe, 7th Floor
Phoenix, AZ 85007-2650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Form 140**

---

| 2.4 | **Arizona Department of Revenue** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Bankruptcy & Litigation
1600 W. Monroe, 7th Floor
Phoenix, AZ 85007-2650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2017 & 2018**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Liability for any taxes owed by Bryan Hepler
Golf,LLC**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 2.5 | **Internal Revenue Service** | | Last 4 digits of account number _____ | Unknown | $0.00 | $0.00 |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?**    **2017**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ Disputed
- ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Domestic support obligations

**Is the claim subject to offset?**
- ■ Taxes and certain other debts you owe the government
- ■ No
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Yes
- ☐ Other. Specify _____

**Form 1040**

---

| 2.6 | **Internal Revenue Service** | | Last 4 digits of account number _____ | Unknown | $0.00 | $0.00 |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?**    **2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ Disputed
- ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Domestic support obligations

**Is the claim subject to offset?**
- ■ Taxes and certain other debts you owe the government
- ■ No
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Yes
- ☐ Other. Specify _____

**Form 1040**

---

| 2.7 | **Internal Revenue Service** | | Last 4 digits of account number _____ | Unknown | $0.00 | $0.00 |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?**    **2017 & 2018**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ Disputed
- ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Domestic support obligations

**Is the claim subject to offset?**
- ■ Taxes and certain other debts you owe the government
- ■ No
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Yes
- ☐ Other. Specify _____

**Liability for any taxes owed by Bryan Hepler Golf, LLC**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

- ■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Case 2:19-bk-06246-PS    Doc 1    Filed 05/21/19    Entered 05/21/19 15:28:59    Desc
Main Document    Page 23 of 134

| | | Total claim |
|---|---|---|

| 4.1 | **ABG-Shark, LLC** | **Last 4 digits of account number** _____ | **$79,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Authentic Brands Group, LLC**
**1411 Broadway, 4th Floor**
**New York, NY 10018**

**When was the debt incurred?**   **11/20/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business debt - Greg Norman travel**

---

| 4.2 | **ABS Signs** | **Last 4 digits of account number** _____ | **$10,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1915 E. Baylor Court**
**Chandler, AZ 85225**

**When was the debt incurred?**   **11/20/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business debt**

---

| 4.3 | **AJGA** | **Last 4 digits of account number** _____ | **$60,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1980 Sports Club Drive**
**Braselton, GA 30517**

**When was the debt incurred?**   **11/20/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business debt**

| | |
|---|---|
| **4.4** | **Al and Deanie Chandler** |

Nonpriority Creditor's Name

**544 15th St. N.E.**
**East Wenatchee, WA 98802**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                          **$50,000.00**

**When was the debt incurred?**  **7/11/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business investor - promissory notes**

---

| | |
|---|---|
| **4.5** | **Albert D. Hudek** |

Nonpriority Creditor's Name

**129 Park Avenue**
**Council Bluffs, IA 51503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                          **$25,000.00**

**When was the debt incurred?**  **2/23/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business investor - promissory note**

---

| | |
|---|---|
| **4.6** | **Alice M. Klassen** |

Nonpriority Creditor's Name

**720 W. Court St.**
**New Hampton, IA 50659**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                          **$25,000.00**

**When was the debt incurred?**  **3/9/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business investor - promissory note**

| 4.7 | **Aphiradi Schade** | **Last 4 digits of account number** | **$5,000.00** |

Nonpriority Creditor's Name
**5/6 Moo2, Mae Len Village
Onkland, Maeoon,
Chiang Mai, Thailand 50130**
Number Street City State Zip Code

**When was the debt incurred?**  **6/9/2017**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.8 | **Arthur Poelen** | **Last 4 digits of account number** | **$100,000.00** |

Nonpriority Creditor's Name
**7569 Morley Drive
Burnaby, BC, V5E 3Y2
Canada**
Number Street City State Zip Code

**When was the debt incurred?**  **10/25/2017**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.9 | **Barbara and Darrin Hoy** | **Last 4 digits of account number** | **$25,000.00** |

Nonpriority Creditor's Name
**24201 SE 472nd Street
Sandy, OR 97055**
Number Street City State Zip Code

**When was the debt incurred?**  **2/27/2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.1 0 | **Blake Christopher Lofgren** | Last 4 digits of account number _____ | **$2,500.00** |

Nonpriority Creditor's Name
**9815 Seasons West Dr. #301**
**Indianapolis, IN 46280**
Number Street City State Zip Code

**When was the debt incurred?**  5/18/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business investor - promissory note**

---

| 4.1 1 | **Bobbi Metzger-Cross** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**1841 Oak Creek Terrace**
**Edmond, OK 73034**
Number Street City State Zip Code

**When was the debt incurred?**  5/1/2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business investor - promissory note**

---

| 4.1 2 | **Brian Farley** | Last 4 digits of account number _____ | **$10,000.00** |

Nonpriority Creditor's Name
**2525 NE 21st Street**
**Fort Lauderdale, FL 33305**
Number Street City State Zip Code

**When was the debt incurred?**  11/3/2017

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business investor - promissory note**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| 4.1 3 | **Bril Flint** | **Last 4 digits of account number** | | $10,000.00 |

Nonpriority Creditor's Name
**201 Las Lomas Dr.**
**West Lake Hills, TX 78746**

**When was the debt incurred?**    5/24/2017

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business investor - promissory note**

---

| 4.1 4 | **Bruce Bjornstad** | **Last 4 digits of account number** | | $10,000.00 |

Nonpriority Creditor's Name
**Diana M. Moeller**
**1918 Harris Avenue**
**Richland, WA 99354**

**When was the debt incurred?**    1/7/2015

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business investor - promissory note**

---

| 4.1 5 | **Bryan Kintz** | **Last 4 digits of account number** | | $5,000.00 |

Nonpriority Creditor's Name
**6909 E. Osborn Rd Unit G**
**Scottsdale, AZ 85251**

**When was the debt incurred?**    9/14/2015

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business investor - promissory note**

---

| 4.1 6 | **Capital One** | Last 4 digits of account number | **7125** | **$2,410.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Bankruptcy Claims Servicer**
**PO Box 85167**
**Richmond, VA 23285-5167**
Number Street City State Zip Code

**When was the debt incurred?**    **Multiple, successive billing periods**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card**

---

| 4.1 7 | **Cathy Hudek** | Last 4 digits of account number | | **$100,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Dale Storr**
**10310 N. Prairie Drive**
**Spokane, WA 99208**
Number Street City State Zip Code

**When was the debt incurred?**    **2/10/2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.1 8 | **Charles and Melissa Wilcosky** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1945**
**McHenry, IL 60051**
Number Street City State Zip Code

**When was the debt incurred?**    **5/11/2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note  - paid**

---

| 4.19 | | | |
|---|---|---|---|

**Charles J. Gall**

Last 4 digits of account number _____    $5,000.00

Nonpriority Creditor's Name

**6420 SE 28th**
**Portland, OR 97202**

Number Street City State Zip Code

When was the debt incurred?    **3/1/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor - promissory note**

---

| 4.20 | | | |
|---|---|---|---|

**Charles Karo**

Last 4 digits of account number _____    $100,000.00

Nonpriority Creditor's Name

**5 Whitman Court**
**Huntington, NY 11743**

Number Street City State Zip Code

When was the debt incurred?    **6/1/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor - promissory note**

---

| 4.21 | | | |
|---|---|---|---|

**Christi Ann Lyman**

Last 4 digits of account number _____    $50,000.00

Nonpriority Creditor's Name

**840 12th St. SE**
**Mason City, IA 50401**

Number Street City State Zip Code

When was the debt incurred?    **6/1/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor - promissory note**

---

| 4.2 2 | **Christopher Goble** | Last 4 digits of account number _____ | **$1,000.00** |

Nonpriority Creditor's Name
**1619 S. 179th Street**
**Omaha, NE 68130**
Number City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2/26/2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business investor - promissory note**

---

| 4.2 3 | **Christopher M. Johnson** | Last 4 digits of account number _____ | **$10,000.00** |

Nonpriority Creditor's Name
**5704 W. 23rd Avenue**
**Kennewick, WA 99338**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   11/8/2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business investor - promissory note**

---

| 4.2 4 | **Cobra Golf Incorporated** | Last 4 digits of account number 2165 | **$262.50** |

Nonpriority Creditor's Name
**PO Box 74008948**
**Chicago, IL 60674-8948**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   11/20/2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2 5 | **Cordova & Jones, P.C.** | Last 4 digits of account number | | $4,570.00 |

Nonpriority Creditor's Name

**2380 W. Ray Road**
**Chandler, AZ 85224**
Number Street City State Zip Code

When was the debt incurred?    **11/20/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Business debt**

---

| 4.2 6 | **Corporate Disk Company** | Last 4 digits of account number | | $4,285.00 |

Nonpriority Creditor's Name

**4610 Prime Parkway**
**McHenry, IL 60050**
Number Street City State Zip Code

When was the debt incurred?    **11/20/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Business debt**

---

| 4.2 7 | **Credit One Bank** | Last 4 digits of account number | **7011** | $400.00 |

Nonpriority Creditor's Name

**PO Box 98873**
**Las Vegas, NV 89193-8873**
Number Street City State Zip Code

When was the debt incurred?    **Multiple, successive billing periods**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Credit card**

---

| 4.2 8 | | | |
|---|---|---|---|

**Curtis and Judy Hudek**

Nonpriority Creditor's Name

**6529 E. Desert Cove**
**Scottsdale, AZ 85254**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$125,000.00**

When was the debt incurred?   **11/24/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business investor - promissory note**

---

| 4.2 9 | | | |
|---|---|---|---|

**Dave Carollo**

Nonpriority Creditor's Name

**313 N. Lost Canyon Way**
**Eagle, ID 83616**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$50,000.00**

When was the debt incurred?   **2/19/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business investor - promissory note**

---

| 4.3 0 | | | |
|---|---|---|---|

**David A. Munisteri**

Nonpriority Creditor's Name

**PO Box 34**
**Emerson, GA 30137**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$5,000.00**

When was the debt incurred?   **7/1/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business investor - promissory note**

**4.3 1**

**David and Rita Mennenga**                          Last 4 digits of account number _____        $30,000.00

Nonpriority Creditor's Name
**2370 Co. Rd. 1800 East**                            When was the debt incurred?    **7/1/2017**
**Urbana, IL 61802**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **Business investor - promissory note**

---

**4.3 2**

**David Harvey**                                     Last 4 digits of account number _____        $150,000.00

Nonpriority Creditor's Name
**Karen Nelson**                                     When was the debt incurred?    **10/11/2013**
**1931 Harris Avenue**
**Richland, WA 99354**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **Business investor - promissory notes**

---

**4.3 3**

**David Huch**                                       Last 4 digits of account number _____        $100,000.00

Nonpriority Creditor's Name
**4142 Onslow Place SE**                             When was the debt incurred?    **10/21/2012**
**Smyrna, GA 30080**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **Business investor - promissory note**

Case 2:19-bk-06246-PS    Doc 1    Filed 05/21/19    Entered 05/21/19 15:28:59    Desc
Main Document    Page 34 of 134

| 4.3 4 | **Donald Cronin** | Last 4 digits of account number | $15,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3 Highland Avenue**
**Long Valley, NJ 07853**
Number Street City State Zip Code

**When was the debt incurred?**     **8/25/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.3 5 | **Douglas Guilford** | Last 4 digits of account number | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**107 Park Avenue**
**Strawberry Point, IA 52076**
Number Street City State Zip Code

**When was the debt incurred?**     **3/31/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.3 6 | **Douglas Larm** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**13405 159th St. Court East**
**Puyallup, WA 98374**
Number Street City State Zip Code

**When was the debt incurred?**     **2/19/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note  - paid**

| 4.3 7 | **Emanuel A. Fontana, Jr.** | **Last 4 digits of account number** | | **$50,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3000 Weslayan, Ste. 235**
**Houston, TX 77027**
Number City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     6/9/2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.3 8 | **Eric Case** | **Last 4 digits of account number** | | **$10,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6540 E. Voltaire Avenue**
**Scottsdale, AZ 85254**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     5/1/2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.3 9 | **Eugene Paul Wright** | **Last 4 digits of account number** | | **$1,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1379 Story Ct.**
**San Jose, CA 95127**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     2/19/2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.40 | Forever Corporate Plaza | Last 4 digits of account number | $37,740.11 |
|------|------------------------|--------------------------------|------------|

**Nonpriority Creditor's Name**

**7501 E. McCormick Parkway**
**Scottsdale, AZ 85258**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt - delinquent rent; liability disputed**

---

| 4.41 | Funding Metrics, LLC d/b/a Lendini | Last 4 digits of account number | $112,429.01 |
|------|-----------------------------------|--------------------------------|-------------|

**Nonpriority Creditor's Name**

**884 Town Center Drive**
**Langhorne, PA 19047**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Judgment dated 5/2/2018**

---

| 4.42 | Gayle McInroy | Last 4 digits of account number | $40,000.00 |
|------|---------------|--------------------------------|------------|

**Nonpriority Creditor's Name**

**1834 Cedar View Drive**
**Charles City, IA 50616**

Number Street City State Zip Code

When was the debt incurred?    **3/8/2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business investor - promissory note**

| 4.4 3 | | |
|---|---|---|

**Greg Lucas**                                    Last 4 digits of account number _____    $8,000.00

Nonpriority Creditor's Name
**16714 SE 45th Street**                          When was the debt incurred?    **9/16/2015**
**Bellevue, WA 98006**

Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
■ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify    **Business investor - promissory note**

---

| 4.4 4 | | |
|---|---|---|

**Gregg E. Tryhus**                               Last 4 digits of account number _____    $28,000.00

Nonpriority Creditor's Name
**7377 E. Doubletree Ranch Rd, Ste**             When was the debt incurred?    **12/13/2017**
**100**
**Scottsdale, AZ 85258**

Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
■ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify    **Promissory Note due June 30, 2018**

---

| 4.4 5 | | |
|---|---|---|

**Gregory Randolf James**                         Last 4 digits of account number _____    $26,000.00

Nonpriority Creditor's Name
**5202 E. Fellars Drive**                         When was the debt incurred?    **5/1/2015**
**Scottsdale, AZ 85254**

Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
■ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify    **Business investor - promissory note**

---

Case 2:19-bk-06246-PS    Doc 1    Filed 05/21/19    Entered 05/21/19 15:28:59    Desc
Main Document    Page 38 of 134

| 4.4 6 | **Gregory Randolf James** | Last 4 digits of account number | | **$56,739.22** |

**Gregory Randolf James**
Nonpriority Creditor's Name
**5202 E. Fellars Drive**
**Scottsdale, AZ 85254**
Number City State Zip Code

**When was the debt incurred?**    **5/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Judgment entered 10/8/2018 against Debtor for $50,721.00; against Bryan Hepler Golf, LLC, for $56,739.22**

---

| 4.4 7 | **Heath Kyle** | Last 4 digits of account number | | **$10,000.00** |

**Heath Kyle**
Nonpriority Creditor's Name
**7501 E. McCormick Pkwy Ste 106**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

**When was the debt incurred?**    **5/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.4 8 | **Hurvey Tudor, Estate of** | Last 4 digits of account number | | **$24,000.00** |

**Hurvey Tudor, Estate of**
Nonpriority Creditor's Name
**Virginia Tudor**
**3323 140th Street**
**Charles City, IA 50616**
Number Street City State Zip Code

**When was the debt incurred?**    **3/1/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.49 | **Imperial Hats** | **Last 4 digits of account number** _____ | **$3,974.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PR Newsire Association LLC**
**1 Paramount Drive**
**Bourbon, MO 65441**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify **Business debt**

---

| 4.50 | **J.A.K. Holdings** | **Last 4 digits of account number** _____ | **$25,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Michael Kadosh**
**245 E. 58th Street, Apt. 17c**
**New York, NY 10022**

**When was the debt incurred?** **2/1/2014**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify **Business investor - promissory note**

---

| 4.51 | **Jack Nicklaus** | **Last 4 digits of account number** _____ | **$62,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1295 US Highway One, Third Floor**
**North Palm Beach, FL 33408**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify **Business debt - Jack Nicklaus travel**

| | |
|---|---|
| 4.5 2 | |

**James E. Maher, Jr.**                              Last 4 digits of account number _____        **$5,000.00**
Nonpriority Creditor's Name
**511 Birch River Drive**                            When was the debt incurred?    **7/1/2017**
**Dahlonega, GA 30533**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
■ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a  community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **Business investor - promissory note**

| | |
|---|---|
| 4.5 3 | |

**James H. Zimmerman**                               Last 4 digits of account number _____        **$10,000.00**
Nonpriority Creditor's Name
**2304 Muriel Ct.**                                  When was the debt incurred?    **11/22/2013**
**Richland, WA 99352**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
■ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a  community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **Business investor - promissory note**

| | |
|---|---|
| 4.5 4 | |

**James M. Barkhurst**                               Last 4 digits of account number _____        **$10,000.00**
Nonpriority Creditor's Name
**PO Box 1004**                                      When was the debt incurred?    **2/1/2016**
**La Jolla, CA 92038**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
■ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a  community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **Business investor - promissory note**

Case 2:19-bk-06246-PS    Doc 1    Filed 05/21/19    Entered 05/21/19 15:28:59    Desc
Main Document    Page 41 of 134

**4.5 5**

**Jason C. Richards**
Nonpriority Creditor's Name

**18408 Lanier Island Square**
**Leesburg, VA 20176**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$1,000.00**

When was the debt incurred?    **1/12/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

**4.5 6**

**Jason Vaillancourt**
Nonpriority Creditor's Name

**219 Shawmet Ave #4**
**Boston, MA 02119**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$550,000.00**

When was the debt incurred?    **9/1/2011**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory notes**

---

**4.5 7**

**Jeffrey Michael Mailand**
Nonpriority Creditor's Name

**Christine Hermine Mailand**
**511 Old Hwy 35 South**
**Hudson, WI 54016**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$10,000.00**

When was the debt incurred?    **6/23/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.5 8 | **Jerry Egusa** | **Last 4 digits of account number** _____ | $10,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3833 Aqua Vista Court**
**Hayward, CA 94542**
Number City State Zip Code

**When was the debt incurred?**    **7/9/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts arising out of pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.5 9 | **Joe and Jane Cox** | **Last 4 digits of account number** _____ | $10,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2817 Cottage Lane**
**Paso Robles, CA 93446**
Number Street City State Zip Code

**When was the debt incurred?**    **5/23/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.6 0 | **John G. Quigley** | **Last 4 digits of account number** _____ | $135,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**22 Chambers Street**
**Princeton, NJ 08542**
Number Street City State Zip Code

**When was the debt incurred?**    **10/15/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory notes**

| 4.6 1 | **John Hickson** | | **Last 4 digits of account number** _____ | | $500.00 |

**John Hickson**
Nonpriority Creditor's Name
**328 Meadow Road**
**Topsham, ME 04086**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                          $500.00
**When was the debt incurred?**    3/1/2016

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts arising out of pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.6 2 | **John Mott** | | **Last 4 digits of account number** _____ | | $175,000.00 |

**John Mott**
Nonpriority Creditor's Name
**10994 E. Purple Aster Way**
**Scottsdale, AZ 85262**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                        $175,000.00
**When was the debt incurred?**    1/1/2014

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.6 3 | **John P. Hennessee, Jr.** | | **Last 4 digits of account number** _____ | | $10,000.00 |

**John P. Hennessee, Jr.**
Nonpriority Creditor's Name
**3224 SW 119th Street**
**Oklahoma City, OK 73170**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                         $10,000.00
**When was the debt incurred?**    7/28/2017

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.6 4 | **Jon Senkowsky** | **Last 4 digits of account number** _____ | **$5,000.00** |

**Jon Senkowsky**
Nonpriority Creditor's Name

**3708 South Bowen Road**
**Arlington, TX 76016**
Number City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **11/3/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

**$5,000.00**

---

| 4.6 5 | **Jonathan and Paul Caldwell** | | |

**Jonathan and Paul Caldwell**
Nonpriority Creditor's Name

**535 Birch River Drive**
**Dahlonega, GA 30533-7111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **6/1/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

**$5,000.00**

---

| 4.6 6 | **Jonathon Michael Thomas** | | |

**Jonathon Michael Thomas**
Nonpriority Creditor's Name

**206 North 2975 West**
**West Point, UT 84015**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **2/26/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

**$2,000.00**

---

| | |
|---|---|
| 4.6 7 | **Jordan Friesz** |

**Jordan Friesz**
Nonpriority Creditor's Name
**5440 Fern Loop**
**West Richland, WA 99353**
Number City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$10,000.00**

**When was the debt incurred?** **9/11/201**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory ntoe**

---

| | |
|---|---|
| 4.6 8 | **Jorge Rendon** |

**Jorge Rendon**
Nonpriority Creditor's Name
**Cerrada de la Amargura 500 Torre 4 PH3, Jardines de la Herradura, CP 52785**
**Edobde Mexico, Mexico**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$14,000.00**

**When was the debt incurred?** **1/16/2015**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| | |
|---|---|
| 4.6 9 | **Joseph and Beth Porter** |

**Joseph and Beth Porter**
Nonpriority Creditor's Name
**Joe Porter PLLC 401k PSP**
**6039 E. Calle Del Paisano**
**Scottsdale, AZ 85251**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$25,000.00**

**When was the debt incurred?** **12/1/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | |
|---|---|---|
| **4.70** | **Joseph Gaudino** | **Last 4 digits of account number** _____    **$5,000.00** |

**Joseph Gaudino**
Nonpriority Creditor's Name
**121 N. Monroe Street Unit 8010**
**Tallahassee, FL 32301**
Number City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **2/12/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| | | |
|---|---|---|
| **4.71** | **Josh Harvey** | **Last 4 digits of account number** _____    **$15,000.00** |

**Josh Harvey**
Nonpriority Creditor's Name
**7575 E. Indian Bend Rd #2109**
**Scottsdale, AZ 85250**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **3/23/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| | | |
|---|---|---|
| **4.72** | **Kane Walker Kennedy** | **Last 4 digits of account number** _____    **$0.00** |

**Kane Walker Kennedy**
Nonpriority Creditor's Name
**11260 N. 92nd Street #1043**
**Scottsdale, AZ 85260**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **5/1/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note - paid**

| 4.7 3 | **Karen Davies** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 3193**
**Carefree, AZ 85377**
Number City State Zip Code

When was the debt incurred?    **9/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note - paid**

---

| 4.7 4 | **Kasza Living Trust** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**Elinor and Greg Kasza**
**1616 Hains Avenue**
**Richland, WA 99354**
Number Street City State Zip Code

When was the debt incurred?    **6/17/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.7 5 | **KAT Companies, LLC** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**Kyle White**
**900 South Bradley**
**Mount Pleasant, MI 48858**
Number Street City State Zip Code

When was the debt incurred?    **6/1/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.7 6 | **Kevin Runge** | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name
**Andrew Greenawalt**
**4448 S. Hassett**
**Mesa, AZ 85212**

When was the debt incurred?    **3/19/2015**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify    **Business investor - promissory note**

---

| 4.7 7 | **Kim Anderson** | Last 4 digits of account number _____ | **$7,500.00** |

Nonpriority Creditor's Name
**PO Box 844**
**Bridgeport, WA 98813**

When was the debt incurred?    **2/20/2015**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify    **Business investor - promisssory note**

---

| 4.7 8 | **Kyle Leland White** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1155 Whitetail Trail**
**Mount Pleasant, MI 48858**

When was the debt incurred?    **3/10/2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify    **Business investor - promissory note  - paid**

---

| 4.7 9 | | |
|---|---|---|

**Kyle Walters**

Nonpriority Creditor's Name

**3896 E. Alfalfa Drive**
**Gilbert, AZ 85298**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$20,000.00**

**When was the debt incurred?**    **1/23/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business investor - promissory note**

---

| 4.8 0 | | |
|---|---|---|

**Leland S. Hu**

Nonpriority Creditor's Name

**4718 E. Bernell Drive**
**Phoenix, AZ 85028**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$27,500.00**

**When was the debt incurred?**    **2/21/22014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business investor - promissory note**

---

| 4.8 1 | | |
|---|---|---|

**Louis Paulson**

Nonpriority Creditor's Name

**2847 Dapplegray Lane**
**Walnut Creek, CA 94596**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$10,000.00**

**When was the debt incurred?**    **3/6/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business investor - promissory note**

---

| 4.8 2 | **Mark Dabagia** | Last 4 digits of account number _____ | $350,000.00 |

Nonpriority Creditor's Name
**11020 Carnoustie Lane**
**Fort Wayne, IN 46814**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    9/1/2011

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.8 3 | **Mark Henson** | Last 4 digits of account number _____ | $5,000.00 |

Nonpriority Creditor's Name
**2050 Autumn Drive**
**East Wenatchee, WA 98802**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    3/20/2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.8 4 | **Martin Levion** | Last 4 digits of account number _____ | $25,000.00 |

Nonpriority Creditor's Name
**80 Grey Wolf**
**Santa Fe, NM 87506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    10/2/2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.8 5 | **Mary Michele Young** | Last 4 digits of account number _____ | $5,000.00 |

Nonpriority Creditor's Name
**6101 Jerrys Drive**
**Columbia, MD 21044**
Number City State Zip Code

When was the debt incurred?   **2/20/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.8 6 | **Maryann Munger** | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name
**380 3rd Street**
**Maynard, IA 50655**
Number Street City State Zip Code

When was the debt incurred?   **5/26/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.8 7 | **Michael Beran** | Last 4 digits of account number _____ | $3,000.00 |

Nonpriority Creditor's Name
**538 Red Coat Lane**
**Phoenixville, PA 19460**
Number Street City State Zip Code

When was the debt incurred?   **3/1/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

| 4.8 8 | **Michael Ingwer** | | |
|---|---|---|---|

**Michael Ingwer**

Nonpriority Creditor's Name

**5 North Ridge Road**
**Armonk, NY 10504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____      **$23,916.00**

**When was the debt incurred?**   **8/15/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.8 9 | **Michael Lee Klassen** | | |
|---|---|---|---|

**Michael Lee Klassen**

Nonpriority Creditor's Name

**2130 E. Exeter Ave.**
**Ionia, IA 50645**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____      **$25,000.00**

**When was the debt incurred?**   **3/9/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.9 0 | **Michael Owens** | | |
|---|---|---|---|

**Michael Owens**

Nonpriority Creditor's Name

**8164 E. Tortugo View Lane**
**Scottsdale, AZ 85266**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____      **$100,000.00**

**When was the debt incurred?**   **9/1/2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory notes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 4.9 1 | **Michael P. Ryan** | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name
**107 Front St.**
**Palm Coast, FL 32137**
Number City State Zip Code

**When was the debt incurred?**    7/1/2017

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.9 2 | **Michael Wagner** | Last 4 digits of account number _____ | $1,000.00 |

Nonpriority Creditor's Name
**1731 Belmont Circle SW**
**Vero Beach, FL 32968**
Number Street City State Zip Code

**When was the debt incurred?**    2/12/2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.9 3 | **Mike Lindsey** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**19700 N. 76th St. Unit 2082**
**Scottsdale, AZ 85255**
Number Street City State Zip Code

**When was the debt incurred?**    5/1/2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note  - paid**

---

**4.9 4**

**Monty Cooper**
Nonpriority Creditor's Name
**15 Soldiers Trail**
**Sedona, AZ 86336**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **$20,000.00**

**When was the debt incurred?** **1/21/2014**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business investor - promissory note**

---

**4.9 5**

**Murray Kesselman**
Nonpriority Creditor's Name
**1-530 River Avenue**
**Winnipeg, Manitoba**
**Canada, R3L 0E2**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **$10,000.00**

**When was the debt incurred?** **5/24/2017**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business investor - promissory note**

---

**4.9 6**

**Nicklaus Companies, LLC**
Nonpriority Creditor's Name
**c/o Snell & Wilmer**
**400 E. Van Buren Street**
**Phoenix, AZ 85004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** **8ROS**     **$150,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Lawsuit for trademark infringement; judgment dated 3/15/2019**

---

| | | | | |
|---|---|---|---|---|
| 4.9 7 | **Open Oceans** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**9984 Scripps Ranch Blvd., Ste 530**
**San Diego, CA 92131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| | | | | |
|---|---|---|---|---|
| 4.9 8 | **Patrick Horsman** | | Last 4 digits of account number _____ | **$115,000.00** |

Nonpriority Creditor's Name
**9400 W. Bay Harbor Drive #204**
**Bay Harbor Islands, FL 33154**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **7/15/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| | | | | |
|---|---|---|---|---|
| 4.9 9 | **Patrick Horsman** | | Last 4 digits of account number _____ | **$29,000.00** |

Nonpriority Creditor's Name
**9400 W. Bay Harbor Drive #204**
**Bay Harbor Islands, FL 33154**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **3/1/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal debt**

| 4.1 00 | **Paul E. Chamberlain** | **Last 4 digits of account number** | **$100,000.00** |

Nonpriority Creditor's Name
**450 Kingsley Avenue**
**Palo Alto, CA 94301**
Number City State Zip Code

**When was the debt incurred?**   **11/1/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.1 01 | **Paul Karsen** | **Last 4 digits of account number** | **$65,000.00** |

Nonpriority Creditor's Name
**6235 Trailhead Road**
**Highlands Ranch, CO 80130**
Number Street City State Zip Code

**When was the debt incurred?**   **12/19/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.1 02 | **Paxton Jevnick** | **Last 4 digits of account number** | **$210,000.00** |

Nonpriority Creditor's Name
**Dawn Jevnick Irrevocable Trust**
**40222 N. 50th Street**
**Cave Creek, AZ 85331**
Number Street City State Zip Code

**When was the debt incurred?**   **12/20/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.1 03 | **Pelzer Golf Supplies** | **Last 4 digits of account number** | **$176.00** |

Nonpriority Creditor's Name

**12717 SE Carpenter Drive**
**Clackamas, OR 97015**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 04 | **Peter Perry** | **Last 4 digits of account number** | **$5,000.00** |

Nonpriority Creditor's Name

**7786 S. Elizabeth Ct.**
**Centennial, CO 80122**
Number Street City State Zip Code

**When was the debt incurred?**    **2/26/2016**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor - promissory note**

---

| 4.1 05 | **Philadelphia Insurance** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name

**One Bala Plaza, Ste. 100**
**Bala Cynwyd, PA 19004**
Number Street City State Zip Code

**When was the debt incurred?**    **11/20/2017**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.1 06**

**PXG - Parsons Xtreme Golf**
Nonpriority Creditor's Name
**15690 N. 83rd Way**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ___8239___

**When was the debt incurred?** ___11/20/2017___

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

**$4,282.20**

---

**4.1 07**

**Rajender Mohandas**
Nonpriority Creditor's Name
**10 Harbourview Court**
**Antigonish, Nova Scotia**
**Canada B2G 0A7**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** ___5/1/2016___

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business investor - promissory note**

**$1,000.00**

---

**4.1 08**

**Randy Broweleit**
Nonpriority Creditor's Name
**RJ Trust**
**3729 Monte Sereno Terrace**
**Fremont, CA 94539**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** ___9/5/2014___

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business investor - promissory note**

**$100,000.00**

| 4.1<br>09 | **Raphael William Kennedy** | Last 4 digits of account number _____ | $25,000.00 |

Nonpriority Creditor's Name

**11424 E. Helm Drive**
**Scottsdale, AZ 85255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    5/1/2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor - promissory note**

---

| 4.1<br>10 | **Richard Donald Metcalf** | Last 4 digits of account number _____ | $1,500.00 |

Nonpriority Creditor's Name

**256 Melrose Avenue**
**Tryon, NC 28782**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2/12/2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor - promissory note**

---

| 4.1<br>11 | **Richard E. Cartmell** | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name

**1938 Hetrick**
**Richland, WA 99354**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    11/15/2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor - promissory note**

---

**4.1 12**

**Robert & Mahealani Riley**

Nonpriority Creditor's Name

**6712 E. Onyx Avenue**
**Paradise Valley, AZ 85253**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$200,000.00**

**When was the debt incurred?**    5/1/2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

**4.1 13**

**Robert J. Piccinelli**

Nonpriority Creditor's Name

**Margaret J. Piccinelli**
**5228 South Kenton Way**
**Englewood, CO 80111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$50,000.00**

**When was the debt incurred?**    12/4/2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

**4.1 14**

**Robert Malitz**

Nonpriority Creditor's Name

**144 Brandon Terrace**
**Albany, NY 12203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$150,000.00**

**When was the debt incurred?**    5/23/2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.1 15 | **Ronald and June Takai Family Trust** | Last 4 digits of account number _____ | **$10,000.00** |

Nonpriority Creditor's Name

**2 Danville Lane**
**Coto de Caza, CA 92679**
Number City State Zip Code

When was the debt incurred?   **6/1/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.1 16 | **Ross Auten** | Last 4 digits of account number _____ | **$375,000.00** |

Nonpriority Creditor's Name

**6500 Dakar Rd W**
**Fort Worth, TX 76116**
Number Street City State Zip Code

When was the debt incurred?   **11/1/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory notes**

---

| 4.1 17 | **Russell T. Kelley** | Last 4 digits of account number _____ | **$1,805,000.00** |

Nonpriority Creditor's Name

**919 Congress Ave, Ste 950**
**Austin, TX 78701**
Number Street City State Zip Code

When was the debt incurred?   **2/19/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory notes**

| 4.1 18 | **Sarah Lees** | |
|---|---|---|

Nonpriority Creditor's Name

**12225 South 14th Court**
**Jenks, OK 74037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____      **$50,000.00**

**When was the debt incurred?**   4/4/2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business investor - promissory note**

---

| 4.1 19 | **Scott Sears** | |
|---|---|---|

Nonpriority Creditor's Name

**1137 Derbyshire Place**
**Carrollton, TX 75007**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____      **$25,000.00**

**When was the debt incurred?**   5/24/2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business investor - promissory note**

---

| 4.1 20 | **Sean Arey** | |
|---|---|---|

Nonpriority Creditor's Name

**34028 NE Electric Road**
**Corvallis, OR 97333**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____      **$20,000.00**

**When was the debt incurred?**   7/11/2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business investor - promissory note**

---

| 4.1 21 | **Shonn Arndt** | Last 4 digits of account number | $5,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**77 Discover Ridge Hill SW**
**Calgary, Alberta**
**Canada T3H 4Y5**
Number Street City State Zip Code

When was the debt incurred?    **3/23/2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.1 22 | **Signature Golf** | Last 4 digits of account number | $16,405.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Mark Jaynes**
**PO Box 18272**
**Fountain Hills, AZ 85269**
Number Street City State Zip Code

When was the debt incurred?    **7/28/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.1 23 | **Snap Advances, LLC** | Last 4 digits of account number | $197,780.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1182 W. 2400 S., Suite A**
**Salt Lake City, UT 84119**
Number Street City State Zip Code

When was the debt incurred?    **10/20/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Judgment dated 1/18/2019 (personal guarantee of business debt)**

---

| | | |
|---|---|---|
| **4.1 24** | **Spahr Living Trust** | Last 4 digits of account number | **$10,000.00** |

Nonpriority Creditor's Name
**Larry Spahr**
**22 Castlebridge Lane**
**Fairfield Glade, TN 38558**

When was the debt incurred?    **6/9/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor - promissory note**

---

| | | |
|---|---|---|
| **4.1 25** | **St. John Living Trust** | Last 4 digits of account number | **$10,000.00** |

Nonpriority Creditor's Name
**Don St. John**
**2584 Elizabeth Street #7**
**Salt Lake City, UT 84106**

When was the debt incurred?    **6/9/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor - promissory note**

---

| | | |
|---|---|---|
| **4.1 26** | **Stella Bryan** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**419 Locke Drive**
**Aptos, CA 95003**

When was the debt incurred?    **2/12/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

■ Disputed

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business investor - promissory note  - paid**

---

**4.1 27**

**Steve and Karla Bass**
Nonpriority Creditor's Name
**4119 Belair Dr.**
**Urbandale, IA 50323**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$40,000.00**

When was the debt incurred?     **7/22/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

**4.1 28**

**Steven George Rhodes**
Nonpriority Creditor's Name
**5009 Palmetto Avenue, Unit 31**
**Pacifica, CA 94044**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$10,000.00**

When was the debt incurred?     **2/19/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

**4.1 29**

**Synapse Studios**
Nonpriority Creditor's Name
**520 S. Mill Ave, #202**
**Tempe, AZ 85281**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred?     **11/20/2017**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| | |
|---|---|
| **4.1 30** | |

**Teri Hjelte**

Last 4 digits of account number _____                 **$0.00**

Nonpriority Creditor's Name
**Alonzo Knowles**
**8605 Hammock Dunes Drive**
**Wilmington, NC 28411**

When was the debt incurred?   **3/27/2015**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business investor - promissory note  - paid**

---

| | |
|---|---|
| **4.1 31** | |

**The Durkin Agency**

Last 4 digits of account number _____                 **$6,529.00**

Nonpriority Creditor's Name
**PO Box 165**
**Rifton, NY 12471**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt**

---

| | |
|---|---|
| **4.1 32** | |

**Theodore Andrew Young**

Last 4 digits of account number _____                 **$5,000.00**

Nonpriority Creditor's Name
**507 West LaDonna Drive**
**Tempe, AZ 85283**

When was the debt incurred?   **2/20/2015**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business investor - promissory ntoe**

---

| 4.1 33 | | | |
|---|---|---|---|

**Thomas G. Hogarty**
Nonpriority Creditor's Name
**PO Box 155**
**Big Horn, WY 82833-0155**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    **$1,000.00**

**When was the debt incurred?**    4/6/2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

---

| 4.1 34 | | | |
|---|---|---|---|

**Tom Patten**
Nonpriority Creditor's Name
**4 Buttercup Court**
**Pasco, WA 99301**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    **$20,000.00**

**When was the debt incurred?**    10/15/2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory notes**

---

| 4.1 35 | | | |
|---|---|---|---|

**Tony Coreno**
Nonpriority Creditor's Name
**21320 N. 56th St.**
**Phoenix, AZ 85054**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    **$111,000.00**

**When was the debt incurred?**    4/1/2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory notes**

---

| 4.1 36 | **Tyler James Thompson** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2286 Coppercreek Street**
**Richland, WA 99354**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    10/5/2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note  - paid**

---

| 4.1 37 | **United Healthcare Insurance** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Dept. CH 10151**
**Palatine, IL 60055-0151**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    11/20/2017

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.1 38 | **Walter C. Lindsay** | Last 4 digits of account number | | $1,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**891 Old Ballard Road**
**Charlottesville, VA 22901**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2/26/2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business investor - promissory note**

| 4.1<br>39 | **William and Edith Elkjer** | Last 4 digits of account number _____ | $5,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3301 Greenlawn Parkway**
**Austin, TX 78757**
Number Street City State Zip Code

**When was the debt incurred?**   **7/21/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.1<br>40 | **William Ellis Armstrong** | Last 4 digits of account number _____ | $10,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3315 Chartreuse Way**
**Houston, TX 77082**
Number Street City State Zip Code

**When was the debt incurred?**   **7/14/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

| 4.1<br>41 | **William Reavie** | Last 4 digits of account number _____ | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**8256 E. Wingspan Way**
**Scottsdale, AZ 85255**
Number Street City State Zip Code

**When was the debt incurred?**   **2/19/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

| 4.1 42 | **William S. Reyner Jr. Trust** | | **$1,000.00** |
|---|---|---|---|

| | |
|---|---|
| **William S. Reyner Jr. Trust** | Last 4 digits of account number _____ |
| Nonpriority Creditor's Name | |
| **2895 Hidden Valley Lane** | When was the debt incurred? **2/12/2016** |
| **Santa Barbara, CA 93108** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| **☐ Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify **Business investor - promissory note** |
| ☐ Yes | |

| 4.1 43 | **Winston Collection** | | **$425.00** |
|---|---|---|---|

| | |
|---|---|
| **Winston Collection** | Last 4 digits of account number _____ |
| Nonpriority Creditor's Name | |
| **2167 Avon Industrial Drive** | When was the debt incurred? _____ |
| **Rochester, MI 48309** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| **☐ Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify **Business debt** |
| ☐ Yes | |

| 4.1 44 | **Zoro Enterprizes LLC** | | **$10,000.00** |
|---|---|---|---|

| | |
|---|---|
| **Zoro Enterprizes LLC** | Last 4 digits of account number _____ |
| Nonpriority Creditor's Name | |
| **Richard Vaughan** | When was the debt incurred? **6/9/2017** |
| **6037 E. Country Club Vista Drive** | |
| **Tucson, AZ 85750** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| **☐ Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify **Business investor - promissory note** |
| ☐ Yes | |

| 4.1 45 | **ZYL Investment, LLC** | Last 4 digits of account number _____ | **$150,000.00** |

Nonpriority Creditor's Name
**Josh Zander and Thomas Laffont**
**2885 Sand Hill Road, 2nd Floor**
**New Hampton, IA 50659**
Number Street City State Zip Code

When was the debt incurred?     **8/25/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business investor - promissory note**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Andrew F. Halaby**<br>**Snell & Wilmer L.L.P.**<br>**400 E. Van Buren St. Ste 1900**<br>**Phoenix, AZ 85004** | Line **4.51** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **DLR, Inc.**<br>**PO Box 520382**<br>**Salt Lake City, UT 84152** | Line **4.123** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Edward J. Marko**<br>**Marko Law PLLC**<br>**14820 N. Cave Creek Rd. #6**<br>**Phoenix, AZ 85032** | Line **4.49** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Eric Solomon**<br>**1330 Avenue of the Americas, Ste 23A**<br>**New York, NY 10019** | Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Gavin W. McClintic**<br>**McClintic & McClintic, P.C.**<br>**1234 East Broomfield, Suite 4**<br>**Mount Pleasant, MI 48858** | Line **4.75** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **J. Mark Heldenbrand**<br>**J. Mark Heldenbrand, P.C.**<br>**2222 S. Dobson Road, Suite 402**<br>**Mesa, AZ 85202** | Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

| Debtor 1 | Bryan R. Hepler | | Case number (if known) | |

| | |
|---|---|
| **John D. Parker II**<br>**Parker Law Firm PLC**<br>**1204 E. Baseline Road, #206**<br>**Tempe, AZ 85283** | Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Joseph M.R. Covey**<br>**Parr Brown Gee & Loveless, P.C.**<br>**101 South 200 East, Ste 700**<br>**Salt Lake City, UT 84111** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.123** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Mark A. Kirkorsky, P.C.**<br>**PO Box 25287**<br>**Tempe, AZ 85285** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.106** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **8239** |

| | |
|---|---|
| Name and Address<br>**Wendy Anderson**<br>**Christian Anderson PLC**<br>**5050 N. 40th Street**<br>**Phoenix, AZ 85018** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | **2,610.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | **0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **2,610.00** |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **7,756,323.04** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **7,756,323.04** |

**Fill in this information to identify your case:**

| Debtor 1 | **Bryan R. Hepler** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Avia Apartments**<br>**7960 Hayden Road**<br>**Scottsdale, AZ 85258** | **Rental of residence at 7960 Hayden Road, Apt. B201, Scottsdale, AZ  85258**<br>**Term of 12 months beginning 3/1/2019 and ending 2/29/2020**<br>**Monthly amount $1,230.00** |
| 2.2 **McCormick Ranch Golf Club, Inc.**<br>**ATTN: Stuart Kirk**<br>**7505 E. McCormick Ranch Golf Club**<br>**Scottsdale, AZ 85258** | **Agreement dated September 1, 2011, between Hepler Golf, LLC, and McCormick Ranch Golf Club, Inc., for Hepler Golf, LLC, to operate Golf Instruction at McCormick Ranch Golf Club, Inc., commencing 9/1/2011 and terminating 8/31/2016 with a five year renewal option, rent owed $7,500.00 per month; not assignable; not transferrable per lease terms** |

| Debtor 1 | **Bryan R. Hepler** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

      In which community state or territory did you live?   **Arizona**  . Fill in the name and current address of that person.

      **Abbie Mia Merrick**
      **9450 E. Becker Lane, Unit 1035A**
      **Scottsdale, AZ 85258**
      Name of your spouse, former spouse, or legal equivalent
      Number, Street, City, State & Zip Code

      In which community state or territory did you live?   **Arizona**  . Fill in the name and current address of that person.

      **Skye Thomas**
      **7960 Hayden Road, #BB201**
      **Scottsdale, AZ 85258**
      Name of your spouse, former spouse, or legal equivalent
      Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| 3.1 | **Bryan Hepler Golf, LLC** | ☐ Schedule D, line _____ |
|---|---|---|
| | **7960 N. Hayden Road #B201** | ■ Schedule E/F, line __4.1__ |
| | **Scottsdale, AZ 85258** | ☐ Schedule G _____ |
| | | **ABG-Shark, LLC** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.2     **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**ABS Signs**

---

3.3     **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.3**___
☐ Schedule G _____
**AJGA**

---

3.4     **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.4**___
☐ Schedule G _____
**Al and Deanie Chandler**

---

3.5     **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.5**___
☐ Schedule G _____
**Albert D. Hudek**

---

3.6     **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.6**___
☐ Schedule G _____
**Alice M. Klassen**

---

3.7     **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.7**___
☐ Schedule G _____
**Aphiradi Schade**

---

3.8     **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.8**___
☐ Schedule G _____
**Arthur Poelen**

---

3.9     **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G _____
**Barbara and Darrin Hoy**

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10  **Bryan Hepler Golf, LLC**
      **7960 N. Hayden Road #B201**
      **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.10**____
☐ Schedule G _____
**Blake Christopher Lofgren**

3.11  **Bryan Hepler Golf, LLC**
      **7960 N. Hayden Road #B201**
      **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.11**____
☐ Schedule G _____
**Bobbi Metzger-Cross**

3.12  **Bryan Hepler Golf, LLC**
      **7960 N. Hayden Road #B201**
      **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.12**____
☐ Schedule G _____
**Brian Farley**

3.13  **Bryan Hepler Golf, LLC**
      **7960 N. Hayden Road #B201**
      **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.13**____
☐ Schedule G _____
**Bril Flint**

3.14  **Bryan Hepler Golf, LLC**
      **7960 N. Hayden Road #B201**
      **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.14**____
☐ Schedule G _____
**Bruce Bjornstad**

3.15  **Bryan Hepler Golf, LLC**
      **7960 N. Hayden Road #B201**
      **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.15**____
☐ Schedule G _____
**Bryan Kintz**

3.16  **Bryan Hepler Golf, LLC**
      **7960 N. Hayden Road #B201**
      **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.17**____
☐ Schedule G _____
**Cathy Hudek**

3.17  **Bryan Hepler Golf, LLC**
      **7960 N. Hayden Road #B201**
      **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.18**____
☐ Schedule G _____
**Charles and Melissa Wilcosky**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.18    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.19**
☐ Schedule G _____
**Charles J. Gall**

---

3.19    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.20**
☐ Schedule G _____
**Charles Karo**

---

3.20    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.21**
☐ Schedule G _____
**Christi Ann Lyman**

---

3.21    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.22**
☐ Schedule G _____
**Christopher Goble**

---

3.22    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.23**
☐ Schedule G _____
**Christopher M. Johnson**

---

3.23    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.24**
☐ Schedule G _____
**Cobra Golf Incorporated**

---

3.24    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.25**
☐ Schedule G _____
**Cordova & Jones, P.C.**

---

3.25    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.26**
☐ Schedule G _____
**Corporate Disk Company**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.26   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.28**__<br>☐ Schedule G _____<br>**Curtis and Judy Hudek** |
| 3.27   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Dave Carollo** |
| 3.28   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.30**__<br>☐ Schedule G _____<br>**David A. Munisteri** |
| 3.29   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.31**__<br>☐ Schedule G _____<br>**David and Rita Mennenga** |
| 3.30   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**David Harvey** |
| 3.31   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.33**__<br>☐ Schedule G _____<br>**David Huch** |
| 3.32   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.34**__<br>☐ Schedule G _____<br>**Donald Cronin** |
| 3.33   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**Douglas Guilford** |

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.34 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Douglas Larm** |
| 3.35 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>**Emanuel A. Fontana, Jr.** |
| 3.36 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**Eric Case** |
| 3.37 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**Eugene Paul Wright** |
| 3.38 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**Forever Corporate Plaza** |
| 3.39 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**Funding Metrics, LLC d/b/a Lendini** |
| 3.40 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**Gayle McInroy** |
| 3.41 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Greg Lucas** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.42   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.44**__<br>☐ Schedule G _____<br>**Gregg E. Tryhus** |
| 3.43   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.45**__<br>☐ Schedule G _____<br>**Gregory Randolf James** |
| 3.44   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.47**__<br>☐ Schedule G _____<br>**Heath Kyle** |
| 3.45   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.48**__<br>☐ Schedule G _____<br>**Hurvey Tudor, Estate of** |
| 3.46   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.49**__<br>☐ Schedule G _____<br>**Imperial Hats** |
| 3.47   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.50**__<br>☐ Schedule G _____<br>**J.A.K. Holdings** |
| 3.48   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.51**__<br>☐ Schedule G _____<br>**Jack Nicklaus** |
| 3.49   **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.52**__<br>☐ Schedule G _____<br>**James E. Maher, Jr.** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.50    **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.53**___
☐ Schedule G _____
**James H. Zimmerman**

3.51    **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.54**___
☐ Schedule G _____
**James M. Barkhurst**

3.52    **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.55**___
☐ Schedule G _____
**Jason C. Richards**

3.53    **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.56**___
☐ Schedule G _____
**Jason Vaillancourt**

3.54    **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.57**___
☐ Schedule G _____
**Jeffrey Michael Mailand**

3.55    **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.58**___
☐ Schedule G _____
**Jerry Egusa**

3.56    **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.59**___
☐ Schedule G _____
**Joe and Jane Cox**

3.57    **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.60**___
☐ Schedule G _____
**John G. Quigley**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.58    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.61**__
☐ Schedule G
**John Hickson**

3.59    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.62**__
☐ Schedule G
**John Mott**

3.60    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.63**__
☐ Schedule G
**John P. Hennessee, Jr.**

3.61    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.64**__
☐ Schedule G
**Jon Senkowsky**

3.62    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.65**__
☐ Schedule G
**Jonathan and Paul Caldwell**

3.63    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.67**__
☐ Schedule G
**Jordan Friesz**

3.64    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.68**__
☐ Schedule G
**Jorge Rendon**

3.65    **Bryan Hepler Golf, LLC**
        **7960 N. Hayden Road #B201**
        **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.70**__
☐ Schedule G
**Joseph Gaudino**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.66 **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.71**____<br>☐ Schedule G _____<br>**Josh Harvey** |
| 3.67 **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.72**____<br>☐ Schedule G _____<br>**Kane Walker Kennedy** |
| 3.68 **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.73**____<br>☐ Schedule G _____<br>**Karen Davies** |
| 3.69 **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.74**____<br>☐ Schedule G _____<br>**Kasza Living Trust** |
| 3.70 **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.75**____<br>☐ Schedule G _____<br>**KAT Companies, LLC** |
| 3.71 **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.76**____<br>☐ Schedule G _____<br>**Kevin Runge** |
| 3.72 **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.77**____<br>☐ Schedule G _____<br>**Kim Anderson** |
| 3.73 **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.78**____<br>☐ Schedule G _____<br>**Kyle Leland White** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.74 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.79__
☐ Schedule G _____
**Kyle Walters**

---

3.75 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.80__
☐ Schedule G _____
**Leland S. Hu**

---

3.76 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.81__
☐ Schedule G _____
**Louis Paulson**

---

3.77 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.82__
☐ Schedule G _____
**Mark Dabagia**

---

3.78 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.83__
☐ Schedule G _____
**Mark Henson**

---

3.79 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.84__
☐ Schedule G _____
**Martin Levion**

---

3.80 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.85__
☐ Schedule G _____
**Mary Michele Young**

---

3.81 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.86__
☐ Schedule G _____
**Maryann Munger**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.82    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.87**___
☐ Schedule G
**Michael Beran**

---

3.83    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.88**___
☐ Schedule G
**Michael Ingwer**

---

3.84    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.89**___
☐ Schedule G
**Michael Lee Klassen**

---

3.85    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.90**___
☐ Schedule G
**Michael Owens**

---

3.86    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.91**___
☐ Schedule G
**Michael P. Ryan**

---

3.87    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.92**___
☐ Schedule G
**Michael Wagner**

---

3.88    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.93**___
☐ Schedule G
**Mike Lindsey**

---

3.89    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.94**___
☐ Schedule G
**Monty Cooper**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.90 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line **4.95**
☐ Schedule G _____
**Murray Kesselman**

---

3.91 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line **4.97**
☐ Schedule G _____
**Open Oceans**

---

3.92 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line **4.98**
☐ Schedule G _____
**Patrick Horsman**

---

3.93 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line **4.100**
☐ Schedule G _____
**Paul E. Chamberlain**

---

3.94 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line **4.101**
☐ Schedule G _____
**Paul Karsen**

---

3.95 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line **4.102**
☐ Schedule G _____
**Paxton Jevnick**

---

3.96 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line **4.103**
☐ Schedule G _____
**Pelzer Golf Supplies**

---

3.97 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line **4.104**
☐ Schedule G _____
**Peter Perry**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

3.98 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.105__
☐ Schedule G _____
**Philadelphia Insurance**

---

3.99 **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.106__
☐ Schedule G _____
**PXG - Parsons Xtreme Golf**

---

3.10 **Bryan Hepler Golf, LLC**
0 **7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.107__
☐ Schedule G _____
**Rajender Mohandas**

---

3.10 **Bryan Hepler Golf, LLC**
1 **7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.108__
☐ Schedule G _____
**Randy Broweleit**

---

3.10 **Bryan Hepler Golf, LLC**
2 **7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.109__
☐ Schedule G _____
**Raphael William Kennedy**

---

3.10 **Bryan Hepler Golf, LLC**
3 **7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.110__
☐ Schedule G _____
**Richard Donald Metcalf**

---

3.10 **Bryan Hepler Golf, LLC**
4 **7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.111__
☐ Schedule G _____
**Richard E. Cartmell**

---

3.10 **Bryan Hepler Golf, LLC**
5 **7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.112__
☐ Schedule G _____
**Robert & Mahealani Riley**

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10 6    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.113__
☐ Schedule G _____
**Robert J. Piccinelli**

---

3.10 7    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.114__
☐ Schedule G _____
**Robert Malitz**

---

3.10 8    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.115__
☐ Schedule G _____
**Ronald and June Takai Family Trust**

---

3.10 9    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.116__
☐ Schedule G _____
**Ross Auten**

---

3.11 0    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.117__
☐ Schedule G _____
**Russell T. Kelley**

---

3.11 1    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.118__
☐ Schedule G _____
**Sarah Lees**

---

3.11 2    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.119__
☐ Schedule G _____
**Scott Sears**

---

3.11 3    **Bryan Hepler Golf, LLC**
**7960 N. Hayden Road #B201**
**Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line __4.120__
☐ Schedule G _____
**Sean Arey**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11<br>4 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.121**__<br>☐ Schedule G<br>**Shonn Arndt** |
| 3.11<br>5 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.122**__<br>☐ Schedule G<br>**Signature Golf** |
| 3.11<br>6 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.123**__<br>☐ Schedule G<br>**Snap Advances, LLC** |
| 3.11<br>7 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.124**__<br>☐ Schedule G<br>**Spahr Living Trust** |
| 3.11<br>8 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.125**__<br>☐ Schedule G<br>**St. John Living Trust** |
| 3.11<br>9 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.126**__<br>☐ Schedule G<br>**Stella Bryan** |
| 3.12<br>0 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.127**__<br>☐ Schedule G<br>**Steve and Karla Bass** |
| 3.12<br>1 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.128**__<br>☐ Schedule G<br>**Steven George Rhodes** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12
2      **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.129**___
☐ Schedule G
**Synapse Studios**

---

3.12
3      **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.130**___
☐ Schedule G
**Teri Hjelte**

---

3.12
4      **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.131**___
☐ Schedule G
**The Durkin Agency**

---

3.12
5      **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.132**___
☐ Schedule G
**Theodore Andrew Young**

---

3.12
6      **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.133**___
☐ Schedule G
**Thomas G. Hogarty**

---

3.12
7      **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.134**___
☐ Schedule G
**Tom Patten**

---

3.12
8      **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.135**___
☐ Schedule G
**Tony Coreno**

---

3.12
9      **Bryan Hepler Golf, LLC**
       **7960 N. Hayden Road #B201**
       **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.136**___
☐ Schedule G
**Tyler James Thompson**

---

███    **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.13
0    **Bryan Hepler Golf, LLC**
     **7960 N. Hayden Road #B201**
     **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.137**___
☐ Schedule G _____
**United Healthcare Insurance**

---

3.13
1    **Bryan Hepler Golf, LLC**
     **7960 N. Hayden Road #B201**
     **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.138**___
☐ Schedule G _____
**Walter C. Lindsay**

---

3.13
2    **Bryan Hepler Golf, LLC**
     **7960 N. Hayden Road #B201**
     **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.139**___
☐ Schedule G _____
**William and Edith Elkjer**

---

3.13
3    **Bryan Hepler Golf, LLC**
     **7960 N. Hayden Road #B201**
     **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.140**___
☐ Schedule G _____
**William Ellis Armstrong**

---

3.13
4    **Bryan Hepler Golf, LLC**
     **7960 N. Hayden Road #B201**
     **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.141**___
☐ Schedule G _____
**William Reavie**

---

3.13
5    **Bryan Hepler Golf, LLC**
     **7960 N. Hayden Road #B201**
     **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.142**___
☐ Schedule G _____
**William S. Reyner Jr. Trust**

---

3.13
6    **Bryan Hepler Golf, LLC**
     **7960 N. Hayden Road #B201**
     **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.143**___
☐ Schedule G _____
**Winston Collection**

---

3.13
7    **Bryan Hepler Golf, LLC**
     **7960 N. Hayden Road #B201**
     **Scottsdale, AZ 85258**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.144**___
☐ Schedule G _____
**Zoro Enterprizes LLC**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13<br>8 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.145__<br>☐ Schedule G _____<br>**ZYL Investment, LLC** |
| 3.13<br>9 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.66__<br>☐ Schedule G _____<br>**Jonathon Michael Thomas** |
| 3.14<br>0 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.69__<br>☐ Schedule G _____<br>**Joseph and Beth Porter** |
| 3.14<br>1 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.4__<br>☐ Schedule G _____<br>**Arizona Department of Revenue** |
| 3.14<br>2 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.96__<br>☐ Schedule G _____<br>**Nicklaus Companies, LLC** |
| 3.14<br>3 | **Bryan Hepler Golf, LLC**<br>**7960 N. Hayden Road #B201**<br>**Scottsdale, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Gregory Randolf James** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Bryan R. Hepler** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.**<br><br>If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | | |
| | **Employment status** | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | Golf instructor | Receptionist |
| | **Employer's name** | | Dakota Property Management |
| | **Employer's address** | | 8149 N. 87th Place<br>Scottsdale, AZ 85258 |
| | **How long employed there?** | | 4 months |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 1,300.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 1,300.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 1,300.00 |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 1,300.00 |

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 4,000.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 4,000.00 | $ 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 4,000.00 | + | $ 1,300.00 | = | $ 5,300.00 |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____

| | | |
|---|---|---|
| | 11. +$ | 0.00 |

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| | | |
|---|---|---|
| | 12. $ | 5,300.00 |

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1      **Bryan R. Hepler**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

         ☐ No
         ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**  ■ No

    Do not list Debtor 1 and      ☐ Yes.  Fill out this information for
    Debtor 2.                              each dependent..............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No  ☐ Yes

### Part 2:      Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

| | | |
|---|---|---:|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $   **1,230.00** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $   0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $   0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $   0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $   0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $   0.00 |

Case 2:19-bk-06246-PS    Doc 1    Filed 05/21/19    Entered 05/21/19 15:28:59    Desc
Main Document    Page 96 of 134

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 300.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 600.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 40.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 120.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 700.00 |
| | 15c. | Vehicle insurance | 15c. $ | 250.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 369.91 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 1,305.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 12.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    **LA Fitness membership** | | 21. +$ | 39.95 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 5,216.86 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 5,216.86 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 5,300.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 5,216.86 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 83.14 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.          Explain here:

Fill in this information to identify your case:

Debtor 1　**Bryan R. Hepler**

First Name　　　　Middle Name　　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　　Middle Name　　　　Last Name

United States Bankruptcy Court for the:　DISTRICT OF ARIZONA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.　Name of person _____　Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Bryan R. Hepler**　　　　X _____

　**Bryan R. Hepler**　　　　　　　　Signature of Debtor 2
　Signature of Debtor 1

　Date　**May 21, 2019**　　　　　　Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bryan R. Hepler** |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **7710 E. Gainey Ranch Road, #133** **Scottsdale, AZ 85258** | From-To: **2/1/2017 to 2/28/2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **9450 E. Becker Lane, Unit 1035A** **Scottsdale, AZ 85258** | From-To: **2010 - 1/31/2017** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| | **Debtor 1** | | **Debtor 2** | |
| --- | --- | --- | --- | --- |
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $19,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For last calendar year: (January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $45,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $10,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $30,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that: (January 1 to December 31, 2017 )** | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $10,148.56 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
| --- | --- | --- | --- | --- |
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
| --- | --- |

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Abbie Mia Merrick**<br>**9450 E. Becker Lane, Unit 1035A**<br>**Scottsdale, AZ 85258** | **2/1/2018 through 1/1/2019** | **$14,355.00** | **$2,610.00** | **Alimony** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Nicklaus Companies, LLC v. Brian Hepler Golf L.L.C. d/b/a Tathata Golf**<br>**2:18-cv-01748-ROS** | **Alleged trademark infringement** | **United States District Court District of Arizona** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment dated 3/15/2019** |
| **Gregory James v. Bryan Hepler Golf L.L.C. and Bryan Hepler**<br>**CV2017-055311** | **Debt collection** | **Superior Court of Arizona Maricopa County AZ** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment dated 10/8/2018** |

Case 2:19-bk-06246-PS    Doc 1    Filed 05/21/19    Entered 05/21/19 15:28:59    Desc
Main Document    Page 101 of 134

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Funding Metrics, LLC d/b/a/ Lendini v. Bryan Hepler Golf, LLC, and Bryan Hepler**<br>**57009/2018** | **Debt collection** | **Supreme Court of the State of New York**<br>**County of Westchester** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment dated May 2, 2018, in the amount of $112, 429.01** |
| **Funding Metrics, LLC d/b/a Lendini v. Bryan Hepler Golf, LLC and Bryan Hepler**<br>**CV2018-093597** | **Foreign judgment, domesticated 6/28/2018** | **Superior Court of Arizona Maricopa Count** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Abbie Mia Merrick v. Bryan Russell Hepler**<br>**FN2017-052654** | **Divorce proceeding** | **Superior Court of Arizona Maricopa County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Snap Advances LLC v. Bryan Hepler Golf L.L.C. dba Tathata Golf, dba Hepler Golf; Bryan Russell Hepler**<br>**180902786** | **Debt collection** | **Third Judicial Court in and for**<br>**Salt Lake County, State of Utah** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Judgment dated 1/18/2019 in the amount of $197,780.00** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Forever Corporate Plaza**<br>**7501 E. McCormick Parkway**<br>**Scottsdale, AZ 85258** | **Chairs, TVs, tables, desks, credenzas, file cabinets, paper shredders, plants, art, computers, printer, phones, water cooler, refrigerator, microwave, kitchen utensils, Christmas decor, metal racks, camera equipment, audio/video equipment, more**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **6/4/2018** | **$28,751.00** |
| **Patrick Horsman**<br>**9400 W. Bay Harbor Drive #204**<br>**Bay Harbor Islands, FL 33154** | **Tathata Golf trademark; choses in action against The Golf Channel, NBC; intellectual property; personal property and equipment; contract rights to payments; cash; proceeds; books and records.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **3/24/2018** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

   ■ No
   ☐ Yes

**Part 5:**   **List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:**   **List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

   ■ No
   ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**   **List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Thomas G. Luikens**<br>**2700 N. Third Street, Suite 2005**<br>**Phoenix, AZ 85004-4602**<br>**tom@thomasluikens.com**<br>**Skye Thomas** | $4,500.00 | 2/14/2019 | $4,500.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Patrick Horsman**<br>**9400 W. Bay Harbor Drive #204**<br>**Bay Harbor Islands, FL 33154**<br><br>**Creditor** | **$127,000.00  Surrendered: intellectual property; personal property and equipment; contract rights to payments; proceeds; books and records.** | **Received: release of liability to pay multiple debts for promissory note in the amount of $100,000.00, plus interest, fees and legal fees, estimated to aggregate $127,000.00** | **March 24, 2018** |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)
■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo Bank, N.A.**<br>**8675 N. Scottsdale Road**<br>**Scottsdale, AZ 85253** | **XXXX-7120** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March/April 2018** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ **No**
■ **Yes.** Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Life Storage**<br>**10456 N. 74th Street**<br>**Scottsdale, AZ 85258** | **Skye Thomas** | **Personal effects, keepsakes, memorabilia** | ☐ No<br>■ Yes |

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes.** Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Skye Thomas**<br>**7960 N. Hayden Rd., #B201**<br>**Scottsdale, AZ 85258** | **Life Storage**<br>**10456 N. 74th Street**<br>**Scottsdale, AZ 85253** | **Personal effects, keepsakes, memorabilia** | **$0.00** |

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:** Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Bryan Hepler Golf, L.L.C.<br>dba Tathata Golf<br>7960 Hayden Road<br>Apt. BB201<br>Scottsdale, AZ 85258 | Golf instruction<br><br>Doug Jones | EIN:    82-4666832<br><br>From-To    2/21/2008 to present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Douglas Jones<br>Cordova & Jones, P.C.<br>2380 W. Ray Road<br>Chandler, AZ 85224 | 1/30/2018 |
| Russell T. Kelley<br>919 Congress Ave, Ste 950<br>Austin, TX 78701 | 3/2018 |

---

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Bryan R. Hepler

**Bryan R. Hepler**                                              **Signature of Debtor 2**
**Signature of Debtor 1**

Date    May 21, 2019                                            Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| | | | |
|---|---|---|---|
| Debtor 1 | **Bryan R. Hepler** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Desert Schools Federal Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
| | | ■ Yes |
| Description of property securing debt: **2014 Jeep Cherokee Laredo 66,208 miles** | ■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | |

## Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Avia Apartments** | ☐ No |
| | ■ Yes |
| Description of leased Property: **Rental of residence at 7960 Hayden Road, Apt. B201, Scottsdale, AZ 85258**<br>**Term of 12 months beginning 3/1/2019 and ending 2/29/2020**<br>**Monthly amount $1,230.00** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Lessor's name:    **McCormick Ranch Golf Club, Inc.**

■ No

☐ Yes

Description of leased
Property:    **Agreement dated September 1, 2011, between Hepler Golf, LLC, and McCormick Ranch Golf Club, Inc., for Hepler Golf, LLC, to operate Golf Instruction at McCormick Ranch Golf Club, Inc., commencing 9/1/2011 and terminating 8/31/2016 with a five year renewal option, rent owed $7,500.00 per month; not assignable; not transferrable per lease terms**

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X    **/s/ Bryan R. Hepler** _____

**Bryan R. Hepler**
Signature of Debtor 1

X    _____

Signature of Debtor 2

Date    **May 21, 2019** _____

Date    _____

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **Bryan R. Hepler**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Arizona

Case number
(if known)
</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing
</td></tr>
</table>

# Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

☐ **Not married**. Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | **Debtor 1** | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | **Copy here ->** $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | **Debtor 1** | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | **Copy here ->** $ _____ | $ _____ |

7. **Interest, dividends, and royalties**    $ _____    $ _____

Debtor 1    __Bryan R. Hepler_____    Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **8. Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you ............................................................ $ _____

For your spouse ........................................... $ _____

**9. Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act.                          $ _____         $ _____

**10. Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism. If necessary, list other sources on a separate page and put the
total below.

.    _____       $ _____     $ _____

_____       $ _____     $ _____

Total amounts from separate pages, if any.    +    $ _____     $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.

$ _____  +  $ _____  =  $ _____

**Total current monthly income**

**Part 2:    Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ............................ **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b.    $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household.    13.    $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Bryan R. Hepler**_____

**Bryan R. Hepler**
Signature of Debtor 1

Date    **May 21, 2019**_____
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1 __Bryan R. Hepler__

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Arizona

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A – 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)                    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.   Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?
    ☐ No.   Go to line 3.
    ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).
        ☐ No.   Go to line 3.
        ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**
    ☐ No.   Complete Form 122A-1. Do not submit this supplement.
    ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).
        ☐ No.   Complete Form 122A-1. Do not submit this supplement.
        ☐ Yes.   Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

---

|   | $1,167 | filing fee |
|---|--------|------------|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
### District of Arizona

In re   **Bryan R. Hepler**                                 Case No. _____

                                            Debtor(s)           Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $     **4,500.00** |
| Prior to the filing of this statement I have received | $     **4,500.00** |
| Balance Due | $     **0.00** |

2.  $ __**310.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):   **Paid by Skye Thomas (spouse of Bryan Hepler|)**

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Data collection and organization; exemption analysis, structure and application; preparation and filing of petition, schedules and statements necessary to commence case, necessary reaffirmation agreements and applications; preparation and filing of necessary motions pursuant to 11 USC 522(f)(2)(A) for avoidance of judicial lien(s) on property, while uncontested.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability action(s), any contested judicial lien avoidances, any relief from stay actions or any other adversary proceeding, or all legal matters after filing the bankruptcy petition to commence the case.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 21, 2019** | **/s/ Thomas G. Luikens** |
| *Date* | **Thomas G. Luikens 004584** |
| | *Signature of Attorney* |
| | **THOMAS G. LUIKENS, P.C.** |
| | **2700 N. Third Street, Suite 2005** |
| | **Phoenix, AZ 85004-4602** |
| | **602-277-4849  Fax: 602-468-9928** |
| | **tom@thomasluikens.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
### District of Arizona

In re  **Bryan R. Hepler**

                                        Debtor(s)

Case No.

Chapter    **7**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

## MAILING LIST DECLARATION

I,  **Bryan R. Hepler**  , do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of  **16**  page(s),

is complete, correct and consistent with the debtor(s)' Schedules.

Date:  **May 21, 2019**

**/s/ Bryan R. Hepler**
**Bryan R. Hepler**
Signature of Debtor

Date:  **May 21, 2019**

**/s/ Thomas G. Luikens**
Signature of Attorney
**Thomas G. Luikens 004584**
**THOMAS G. LUIKENS, P.C.**
**2700 N. Third Street, Suite 2005**
**Phoenix, AZ 85004-4602**
**602-277-4849   Fax: 602-468-9928**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Hepler, Bryan -

ABBIE MIA MERRICK
9450 E. BECKER LANE, UNIT 1035A
SCOTTSDALE AZ 85258


ABG-SHARK, LLC
C/O AUTHENTIC BRANDS GROUP, LLC
1411 BROADWAY, 4TH FLOOR
NEW YORK NY 10018


ABS SIGNS
1915 E. BAYLOR COURT
CHANDLER AZ 85225


AJGA
1980 SPORTS CLUB DRIVE
BRASELTON GA 30517


AL AND DEANIE CHANDLER
544 15TH ST. N.E.
EAST WENATCHEE WA 98802


ALBERT D. HUDEK
129 PARK AVENUE
COUNCIL BLUFFS IA 51503


ALICE M. KLASSEN
720 W. COURT ST.
NEW HAMPTON IA 50659


ANDREW F. HALABY
SNELL & WILMER L.L.P.
400 E. VAN BUREN ST. STE 1900
PHOENIX AZ 85004


APHIRADI SCHADE
5/6 MOO2, MAE LEN VILLAGE
ONKLAND, MAEOON,
CHIANG MAI, THAILAND 50130


ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY & LITIGATION
1600 W. MONROE, 7TH FLOOR
PHOENIX AZ 85007-2650

Hepler, Bryan -

ARTHUR POELEN
7569 MORLEY DRIVE
BURNABY, BC, V5E 3Y2
CANADA

AVIA APARTMENTS
7960 HAYDEN ROAD
SCOTTSDALE AZ 85258

BARBARA AND DARRIN HOY
24201 SE 472ND STREET
SANDY OR 97055

BLAKE CHRISTOPHER LOFGREN
9815 SEASONS WEST DR. #301
INDIANAPOLIS IN 46280

BOBBI METZGER-CROSS
1841 OAK CREEK TERRACE
EDMOND OK 73034

BRIAN FARLEY
2525 NE 21ST STREET
FORT LAUDERDALE FL 33305

BRIL FLINT
201 LAS LOMAS DR.
WEST LAKE HILLS TX 78746

BRUCE BJORNSTAD
DIANA M. MOELLER
1918 HARRIS AVENUE
RICHLAND WA 99354

BRYAN HEPLER GOLF, LLC
7960 N. HAYDEN ROAD #B201
SCOTTSDALE AZ 85258

BRYAN KINTZ
6909 E. OSBORN RD UNIT G
SCOTTSDALE AZ 85251

CAPITAL ONE
BANKRUPTCY CLAIMS SERVICER
PO BOX 85167
RICHMOND VA 23285-5167


CATHY HUDEK
DALE STORR
10311 N. PRAIRIE DRIVE
SPOKANE WA 99208


CHARLES AND MELISSA WILCOSKY
PO BOX 1945
MCHENRY IL 60051


CHARLES J. GALL
6420 SE 28TH
PORTLAND OR 97202


CHARLES KARO
5 WHITMAN COURT
HUNTINGTON NY 11743


CHRISTI ANN LYMAN
840 12TH ST. SE
MASON CITY IA 50401


CHRISTOPHER GOBLE
1619 S. 179TH STREET
OMAHA NE 68130


CHRISTOPHER M. JOHNSON
5704 W. 23RD AVENUE
KENNEWICK WA 99338


COBRA GOLF INCORPORATED
PO BOX 74008948
CHICAGO IL 60674-8948


CORDOVA & JONES, P.C.
2380 W. RAY ROAD
CHANDLER AZ 85224


CORPORATE DISK COMPANY
4610 PRIME PARKWAY
MCHENRY IL 60050

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873


CURTIS AND JUDY HUDEK
6529 E. DESERT COVE
SCOTTSDALE AZ 85254


DAVE CAROLLO
313 N. LOST CANYON WAY
EAGLE ID 83616


DAVID A. MUNISTERI
PO BOX 34
EMERSON GA 30137


DAVID AND RITA MENNENGA
2370 CO. RD. 1800 EAST
URBANA IL 61802


DAVID HARVEY
KAREN NELSON
1931 HARRIS AVENUE
RICHLAND WA 99354


DAVID HUCH
4142 ONSLOW PLACE SE
SMYRNA GA 30080


DESERT SCHOOLS FEDERAL CREDIT UNION
8220 N. VIA PASEO DEL NORTE
SCOTTSDALE AZ 85258


DLR, INC.
PO BOX 520382
SALT LAKE CITY UT 84152


DONALD CRONIN
3 HIGHLAND AVENUE
LONG VALLEY NJ 07853


DOUGLAS GUILFORD
107 PARK AVENUE
STRAWBERRY POINT IA 52076

Hepler, Bryan -


DOUGLAS LARM
13405 159TH ST. COURT EAST
PUYALLUP WA 98374


EDWARD J. MARKO
MARKO LAW PLLC
14820 N. CAVE CREEK RD. #6
PHOENIX AZ 85032


EMANUEL A. FONTANA, JR.
3000 WESLAYAN, STE. 235
HOUSTON TX 77027


ERIC CASE
6540 E. VOLTAIRE AVENUE
SCOTTSDALE AZ 85254


ERIC SOLOMON
1330 AVENUE OF THE AMERICAS, STE 23A
NEW YORK NY 10019


EUGENE PAUL WRIGHT
1379 STORY CT.
SAN JOSE CA 95127


FOREVER CORPORATE PLAZA
7501 E. MCCORMICK PARKWAY
SCOTTSDALE AZ 85258


FUNDING METRICS, LLC D/B/A LENDINI
884 TOWN CENTER DRIVE
LANGHORNE PA 19047


GAVIN W. MCCLINTIC
MCCLINTIC & MCCLINTIC, P.C.
1234 EAST BROOMFIELD, SUITE 4
MOUNT PLEASANT MI 48858


GAYLE MCINROY
1834 CEDAR VIEW DRIVE
CHARLES CITY IA 50616


GREG LUCAS
16714 SE 45TH STREET
BELLEVUE WA 98006

Hepler, Bryan -

GREGG E. TRYHUS
7377 E. DOUBLETREE RANCH RD, STE 100
SCOTTSDALE AZ 85258


GREGORY RANDOLF JAMES
5202 E. FELLARS DRIVE
SCOTTSDALE AZ 85254


HEATH KYLE
7501 E. MCCORMICK PWKY STE 106
SCOTTSDALE AZ 85258


HURVEY TUDOR, ESTATE OF
VIRGINIA TUDOR
3323 140TH STREET
CHARLES CITY IA 50616


IMPERIAL HATS
PR NEWSIRE ASSOCIATION LLC
1 PARAMOUNT DRIVE
BOURBON MO 65441


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


J. MARK HELDENBRAND
J. MARK HELDENBRAND, P.C.
2222 S. DOBSON ROAD, SUITE 402
MESA AZ 85202


J.A.K. HOLDINGS
MICHAEL KADOSH
245 E. 58TH STREET, APT. 17C
NEW YORK NY 10022


JACK NICKLAUS
1295 US HIGHWAY ONE, THIRD FLOOR
NORTH PALM BEACH FL 33408


JAMES E. MAHER, JR.
511 BIRCH RIVER DRIVE
DAHLONEGA GA 30533

Hepler, Bryan -

JAMES H. ZIMMERMAN
2304 MURIEL CT.
RICHLAND WA 99352


JAMES M. BARKHURST
PO BOX 1004
LA JOLLA CA 92038


JASON C. RICHARDS
18408 LANIER ISLAND SQUARE
LEESBURG VA 20176


JASON VAILLANCOURT
219 SHAWMET AVE #4
BOSTON MA 02119


JEFFREY MICHAEL MAILAND
CHRISTINE HERMINE MAILAND
511 OLD HWY 35 SOUTH
HUDSON WI 54016


JERRY EGUSA
3833 AQUA VISTA COURT
HAYWARD CA 94542


JOE AND JANE COX
2817 COTTAGE LANE
PASO ROBLES CA 93446


JOHN D. PARKER II
PARKER LAW FIRM PLC
1204 E. BASELINE ROAD, #206
TEMPE AZ 85283


JOHN G. QUIGLEY
22 CHAMBERS STREET
PRINCETON NJ 08542


JOHN HICKSON
328 MEADOW ROAD
TOPSHAM ME 04086


JOHN MOTT
10994 E. PURPLE ASTER WAY
SCOTTSDALE AZ 85262

Hepler, Bryan -

JOHN P. HENNESSEE, JR.
3224 SW 119TH STREET
OKLAHOMA CITY OK 73170


JON SENKOWSKY
3708 SOUTH BOWEN ROAD
ARLINGTON TX 76016


JONATHAN AND PAUL CALDWELL
535 BIRCH RIVER DRIVE
DAHLONEGA GA 30533-7111


JONATHON MICHAEL THOMAS
206 NORTH 2975 WEST
WEST POINT UT 84015


JORDAN FRIESZ
5440 FERN LOOP
WEST RICHLAND WA 99353


JORGE RENDON
CERRADA DE LA AMARGURA 500 TORRE 4
PH3, JARDINES DE LA HERRADURA, CP 52785
EDOBDE MEXICO, MEXICO


JOSEPH AND BETH PORTER
JOE PORTER PLLC 401K PSP
6039 E. CALLE DEL PAISANO
SCOTTSDALE AZ 85251


JOSEPH GAUDINO
121 N. MONROE STREET UNIT 8010
TALLAHASSEE FL 32301


JOSEPH M.R. COVEY
PARR BROWN GEE & LOVELESS, P.C.
101 SOUTH 200 EAST, STE 700
SALT LAKE CITY UT 84111


JOSH HARVEY
7575 E. INDIAN BEND RD #2109
SCOTTSDALE AZ 85250

Hepler, Bryan -


KANE WALKER KENNEDY
11260 N. 92ND STREET #1043
SCOTTSDALE AZ 85260


KAREN DAVIES
PO BOX 3193
CAREFREE AZ 85377


KASZA LIVING TRUST
ELINOR AND GREG KASZA
1616 HAINS AVENUE
RICHLAND WA 99354


KAT COMPANIES, LLC
KYLE WHITE
900 SOUTH BRADLEY
MOUNT PLEASANT MI 48858


KEVIN RUNGE
ANDREW GREENAWALT
4448 S. HASSETT
MESA AZ 85212


KIM ANDERSON
PO BOX 844
BRIDGEPORT WA 98813


KYLE LELAND WHITE
1155 WHITETAIL TRAIL
MOUNT PLEASANT MI 48858


KYLE WALTERS
3896 E. ALFALFA DRIVE
GILBERT AZ 85298


LELAND S. HU
4718 E. BERNELL DRIVE
PHOENIX AZ 85028


LOUIS PAULSON
2847 DAPPLEGRAY LANE
WALNUT CREEK CA 94596

Hepler, Bryan -

MARK A. KIRKORSKY, P.C.
PO BOX 25287
TEMPE AZ 85285

MARK DABAGIA
11020 CARNOUSTIE LANE
FORT WAYNE IN 46814

MARK HENSON
2050 AUTUMN DRIVE
EAST WENATCHEE WA 98802

MARTIN LEVION
80 GREY WOLF
SANTA FE NM 87506

MARY MICHELE YOUNG
6101 JERRYS DRIVE
COLUMBIA MD 21044

MARYANN MUNGER
380 3RD STREET
MAYNARD IA 50655

MCCORMICK RANCH GOLF CLUB, INC.
ATTN: STUART KIRK
7505 E. MCCORMICK RANCH GOLF CLUB
SCOTTSDALE AZ 85258

MICHAEL BERAN
538 RED COAT LANE
PHOENIXVILLE PA 19460

MICHAEL INGWER
5 NORTH RIDGE ROAD
ARMONK NY 10504

MICHAEL LEE KLASSEN
2130 E. EXETER AVE.
IONIA IA 50645

MICHAEL OWENS
8164 E. TORTUGO VIEW LANE
SCOTTSDALE AZ 85266

Hepler, Bryan -

MICHAEL P. RYAN
107 FRONT ST.
PALM COAST FL 32137


MICHAEL WAGNER
1731 BELMONT CIRCLE SW
VERO BEACH FL 32968


MIKE LINDSEY
19700 N. 76TH ST. UNIT 2082
SCOTTSDALE AZ 85255


MONTY COOPER
15 SOLDIERS TRAIL
SEDONA AZ 86336


MURRAY KESSELMAN
1-530 RIVER AVENUE
WINNIPEG, MANITOBA
CANADA, R3L 0E2


NICKLAUS COMPANIES, LLC
C/O SNELL & WILMER
400 E. VAN BUREN STREET
PHOENIX AZ 85004


OPEN OCEANS
9984 SCRIPPS RANCH BLVD., STE 530
SAN DIEGO CA 92131


PATRICK HORSMAN
9400 W. BAY HARBOR DRIVE #204
BAY HARBOR ISLANDS FL 33154


PAUL E. CHAMBERLAIN
450 KINGSLEY AVENUE
PALO ALTO CA 94301


PAUL KARSEN
6235 TRAILHEAD ROAD
HIGHLANDS RANCH CO 80130

Hepler, Bryan -


PAXTON JEVNICK
DAWN JEVNICK IRREVOCABLE TRUST
40222 N. 50TH STREET
CAVE CREEK AZ 85331


PELZER GOLF SUPPLIES
12717 SE CARPENTER DRIVE
CLACKAMAS OR 97015


PETER PERRY
7786 S. ELIZABETH CT.
CENTENNIAL CO 80122


PHILADELPHIA INSURANCE
ONE BALA PLAZA, STE. 100
BALA CYNWYD PA 19004


PXG - PARSONS XTREME GOLF
15690 N. 83RD WAY
SCOTTSDALE AZ 85260


RAJENDER MOHANDAS
10 HARBOURVIEW COURT
ANTIGONISH, NOVA SCOTIA
CANADA B2G 0A7


RANDY BROWELEIT
RJ TRUST
3729 MONTE SERENO TERRACE
FREMONT CA 94539


RAPHAEL WILLIAM KENNEDY
11424 E. HELM DRIVE
SCOTTSDALE AZ 85255


RICHARD DONALD METCALF
256 MELROSE AVENUE
TRYON NC 28782


RICHARD E. CARTMELL
1938 HETRICK
RICHLAND WA 99354

Hepler, Bryan -

ROBERT & MAHEALANI RILEY
6712 E. ONYX AVENUE
PARADISE VALLEY AZ 85253

ROBERT J. PICCINELLI
MARGARET J. PICCINELLI
5228 SOUTH KENTON WAY
ENGLEWOOD CO 80111

ROBERT MALITZ
144 BRANDON TERRACE
ALBANY NY 12203

RONALD AND JUNE TAKAI FAMILY TRUST
2 DANVILLE LANE
COTO DE CAZA CA 92679

ROSS AUTEN
6500 DAKAR RD W
FORT WORTH TX 76116

RUSSELL T. KELLEY
919 CONGRESS AVE, STE 950
AUSTIN TX 78701

SARAH LEES
12225 SOUTH 14TH COURT
JENKS OK 74037

SCOTT SEARS
1137 DERBYSHIRE PLACE
CARROLLTON TX 75007

SEAN AREY
34028 NE ELECTRIC ROAD
CORVALLIS OR 97333

SHONN ARNDT
77 DISCOVER RIDGE HILL SW
CALGARY, ALBERTA
CANADA T3H 4Y5

SIGNATURE GOLF
MARK JAYNES
PO BOX 18272
FOUNTAIN HILLS AZ 85269


SNAP ADVANCES, LLC
1182 W. 2400 S., SUITE A
SALT LAKE CITY UT 84119


SPAHR LIVING TRUST
LARRY SPAHR
22 CASTLEBRIDGE LANE
FAIRFIELD GLADE TN 38558


ST. JOHN LIVING TRUST
DON ST. JOHN
2584 ELIZABETH STREET #7
SALT LAKE CITY UT 84106


STELLA BRYAN
419 LOCKE DRIVE
APTOS CA 95003


STEVE AND KARLA BASS
4119 BELAIR DR.
URBANDALE IA 50323


STEVEN GEORGE RHODES
5009 PALMETTO AVENUE, UNIT 31
PACIFICA CA 94044


SYNAPSE STUDIOS
520 S. MILL AVE, #202
TEMPE AZ 85281


TERI HJELTE
ALONZO KNOWLES
8605 HAMMOCK DUNES DRIVE
WILMINGTON NC 28411


THE DURKIN AGENCY
PO BOX 165
RIFTON NY 12471

Hepler, Bryan -

THEODORE ANDREW YOUNG
507 WEST LADONNA DRIVE
TEMPE AZ 85283


THOMAS G. HOGARTY
PO BOX 155
BIG HORN WY 82833-0155


TOM PATTEN
4 BUTTERCUP COURT
PASCO WA 99301


TONY CORENO
21320 N. 56TH ST.
PHOENIX AZ 85054


TYLER JAMES THOMPSON
2286 COPPERCREEK STREET
RICHLAND WA 99354


UNITED HEALTHCARE INSURANCE
DEPT. CH 10151
PALATINE IL 60055-0151


WALTER C. LINDSAY
891 OLD BALLARD ROAD
CHARLOTTESVILLE VA 22901


WENDY ANDERSON
CHRISTIAN ANDERSON PLC
5050 N. 40TH STREET
PHOENIX AZ 85018


WILLIAM AND EDITH ELKJER
3301 GREENLAWN PARKWAY
AUSTIN TX 78757


WILLIAM ELLIS ARMSTRONG
3315 CHARTREUSE WAY
HOUSTON TX 77082


WILLIAM REAVIE
8256 E. WINGSPAN WAY
SCOTTSDALE AZ 85255

Hepler, Bryan -


WILLIAM S. REYNER JR. TRUST
2895 HIDDEN VALLEY LANE
SANTA BARBARA CA 93108


WINSTON COLLECTION
2167 AVON INDUSTRIAL DRIVE
ROCHESTER MI 48309


ZORO ENTERPRIZES LLC
RICHARD VAUGHAN
6037 E. COUNTRY CLUB VISTA DRIVE
TUCSON AZ 85750


ZYL INVESTMENT, LLC
JOSH ZANDER AND THOMAS LAFFONT
2885 SAND HILL ROAD, 2ND FLOOR
NEW HAMPTON IA 50659